UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KELLY DEROCHE     CIVIL ACTION

VERSUS     NUMBER: 17-0321

NANCY A. BERRYHILL, ACTING     SECTION: "I"(5)
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

### ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Kelly Deroche, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment[1] is denied, that Defendant's motion for summary judgment[2] is granted, and that Plaintiff's suit is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of September, 2017.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 9
[2] Rec. Doc. No. 10